UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    HENRRY L KATO

Case No.:  17-34034

Judge:  ROSEMARY GAMBARDELLA

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 15, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 17-34034RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of TOYOTA MOTOR CREDIT CORPORATION, Court Claim Number 1, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.