UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
 Saddle Brook, NJ 07663
him@lawmarcus.com
Tel. 800-792-5500
Fax. 888-565-0403
Attorney for Debtor(s)

**Order Filed on October 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-34034

Adv. No.

Hearing Date: October 16, 2019
Judge: Rosemary Gambardella

In Re:

Henrry L Kato,
         Debtor(s).

# ORDER
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 22, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor(s): Henrry L Kato
Case No: 17-34034
Caption of Order: Order Withdrawing as Attorney

    Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

    **ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.