Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

 Case No.: 17−34034−RG
 Chapter: 13
 Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Henrry L Kato
　104 Shermnan Avenue
　2nd Floor
　Paterson, NJ 07502

Social Security No.:
　xxx−xx−2432

Employer's Tax I.D. No.:

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 14, 2021　　　　　　　　Rosemary Gambardella
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court